**FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* [UNDER SEAL],<br><br>*Plaintiffs*,<br><br>v.<br><br>[UNDER SEAL],<br><br>*Defendants*. | Civil Action No. 17-cv-5164<br><br>**FILED UNDER SEAL** |

# UNITED STATES' NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT


DAVID METCALF
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

CHARLENE KELLER FULLMER
Assistant United States Attorney
Deputy Chief, Civil Division

PETER CARR
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8200
peter.carr@usdoj.gov

**FILED UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MICHELLE MCLOYD,<br><br>*Plaintiff*,<br><br>v.<br><br>TRC-OC, LLC/TRADING AS RECOVERY CENTERS OF AMERICA HOLDINGS,<br><br>*Defendant*. | Civil Action No. 17-cv-5164<br><br>**FILED UNDER SEAL** |

## UNITED STATES' NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT

1. Pursuant to 31 U.S.C. §§ 3730(b)(2) and (4), the United States notifies the Court of its intervention for settlement purposes, as to allegations that defendant Recovery Centers of America (RCA) violated the False Claims Act, 31 U.S.C. § 3729 *et seq*.

2. The United States, Relator Michelle McCloyd, and RCA have reached a resolution of this action, and the parties have executed a Settlement Agreement with an effective date of December 8, 2025, which provides for a release of certain defined covered conduct, a payment by RCA to the United States, and the dismissal of this action pursuant to the terms and conditions of the Settlement Agreement.

3. The Settlement Agreement provides that the United States and Relator shall promptly sign and file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) when the United States receives the settlement payment from RCA pursuant to the terms of the Settlement Agreement.

4. On October 2, 2025, the Court ordered that when the United States files this Notice of Intervention, the following documents shall be immediately unsealed:

a. This Notice of Intervention;

b. Relator's complaint;

c. The Court's Order with respect to sealing; and

d. All documents filed after the filing of this Notice of Intervention.

See Oct. 2, 205 Order, ECF No. 52. As ordered by the Court, all other papers and Orders on file in this matter shall remain under seal. *Id.*

December 9, 2025

Respectfully submitted,

DAVID METCALF
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

/s/ Charlene Keller Fullmer
CHARLENE KELLER FULLMER
Assistant United States Attorney
Deputy Chief, Civil Division

/s/ Peter Carr
PETER CARR
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8200
peter.carr@usdoj.gov

**FILED UNDER SEAL**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing notice of intervention was sent via electronic mail by the United States to the following counsel for relator:

Kandis L. Kovalsky, Esq.
Edward T. Kang, Esq.
123 South Broad Street, Suite 1950
Philadelphia, PA 19109
kkovalsky@kanghaggerty.com
ekang@kanghaggerty.com

*Counsel for Relator*

Dated: December 9, 2025

/s/Peter Carr
PETER CARR
Assistant United States Attorney